ANDREA MARCHETTI and ELISA MARCHETTI, Appellants, v. VITO F. LANZA and DOROTHY L. BRENNAN, Respondents.— Motion for stay pending appeal granted upon condition that, within five days from the entry of the order herein, appellants give an undertaking, with corporate surety, in the sum of $4,500, to indemnify respondents against any loss or damage in the event that the appeal be unsuccessful; that the appellants perfect the appeal for the January, 1929, term (for which term

the case is set down) and be ready for argument when reached; and that respondents have the right to proceed with the foreclosure of the mortgage herein to the extent only of obtaining judgment; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger and Carswell, JJ.; Hagarty, J., not voting.